Julie M. McCoy SBN: 129640
JULIE M. MCCOY
1670 SANTA ANA AVE., STE. "K"
COSTA MESA, CA 92627
(949) 722-0055

# UNITED STATES DISTRICT COURT
## Central District

| | | CASE NUMBER:<br>CV11-2422 |
|---|---|---|
| USA | Plaintiff(s) | |
| v. | | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Robert E. McGee | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **served** copies of the *(specify documents)*:

   a. ☒ summons ☐ first amended complaint ☐ third party complaint
   ☒ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☒ other *(specify):* Copies of Promissory Note and Certificate of Indebtedness

2. **Person served:**

   a. ☒ Defendant *(name:)* Robert E. McGee
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☒ Address where the papers were served:

   Rialto, CA

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
   
      1. ☐ Papers were served on *(date):* at *(time):*

   b. ☒ By **Substituted Service.** By leaving copies: Noreen McGee - Co-Occupant/Mother
   
      1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
   
      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
   
      3. ☒ Papers were served on *(date):* 4/2/2011 at *(time):* 9:55 AM
   
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
   
      5. ☒ papers were mailed on Apr 05, 2011 - DECLARATION OF MAILING ATTACHED
   
      6. ☒ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   **Name of person served:**

   **Title of person served:**

   **Date and time of service:** *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*  
   **William Davis**  
   Janney & Janney Attorney Service, Inc.  
   455 W. La Cadena, Suite 17  
   Riverside, CA 92501  
   (951) 369-8369

   a. Fee for service: $ **75.00**  
   b. ☐ Not a registered California process server  
   c. ☐ Exempt from registration under B&P 22350(b)  
   d. ☒ **Registered California process server**  
   **Registration # :508**  
   County: **Riverside**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **April 12, 2011**    **William Davis**    *wm davis* (Signature)  
*Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Julie M. McCoy<br>JULIE M. MCCOY<br>1670 SANTA ANA AVE., STE. "K"   COSTA MESA, CA 92627   SBN: 129640 | | |
| TELEPHONE NO.: **(949) 722-0055**    FAX NO. (Optional): **(949) 722-8416**<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  : | | |
| **USDC - Central District - Central Division** | | |
| STREET ADDRESS: 312 N. Spring St. #G-8 | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | | |
| BRANCH NAME: Central District | | |
| PLAINTIFF/PETITIONER: USA | | CASE NUMBER:<br>CV11-2422 |
| DEFENDANT/RESPONDENT: Robert E. McGee | | |
| **DECLARATION OF DILIGENCE** | | Ref. No. or File No.:<br>1999B09021 |

I received the within process on March 28, 2011 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **Robert E. McGee**

Documents: **summons;complaint;Copies of Promissory Note and Certificate of Indebtedness**

As enumerated below:

**March 30, 2011 -- 5:55 PM**

Rialto, CA

No answer at door, no activity.

**March 31, 2011 -- 8:05 AM**

Rialto, CA

No answer at door, no activity.

**April 01, 2011 -- 7:10 PM**

Rialto, CA

No answer at door, no activity.

**April 02, 2011 -- 9:55 AM**

Rialto, CA

Substituted service effected. Noreen McGee, Co-Occupant/Mother.

County: **Riverside**
Registration No.: **508**
Janney & Janney Attorney Service, Inc.
840 N. Birch St.
Santa Ana, CA 92701
(714) 953-9451

I declare under penalty of perjury under the laws of The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on: April 12, 2011.

Signature: _William Davis_

**William Davis**

**DECLARATION OF DILIGENCE**

Order#: OC1032813403/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Julie M. McCoy  SBN: 129640<br>JULIE M. MCCOY<br>1670 SANTA ANA AVE., STE. "K"   COSTA MESA, CA 92627 | | |
| TELEPHONE NO.: **(949) 722-0055**   FAX NO. (Optional): **(949) 722-8416** | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): : | | |
| **USDC - Central District - Central Division** | | |
| STREET ADDRESS: 312 N. Spring St. #G-8 | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | | |
| BRANCH NAME: Central District | | |
| PLAINTIFF/PETITIONER: USA | | CASE NUMBER:<br>CV11-2422 |
| DEFENDANT/RESPONDENT: Robert E. McGee | | |
| **PROOF OF SERVICE BY MAIL** | | Ref. No. or File No.:<br>1999B09021 |

I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 N. Birch St., Santa Ana, CA 92701.

On April 05, 2011, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**summons;complaint;Copies of Promissory Note and Certificate of Indebtedness**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

Robert E. McGee



Rialto, CA

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: 75.00



Janney & Janney Attorney Service, Inc.
840 N. Birch St.
Santa Ana, CA 92701
(714) 953-9451

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 12, 2011

Signature: _____
Paula Herrero

**PROOF OF SERVICE BY MAIL**

Order#: OC1032813403/mailproof